UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

RECEIVED
OCT 1 1 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LEE JOHNSON

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 11 C 50294
(To be supplied by the Clerk of this Court)

Judge Kapala

WINNEBAGO COUNTY JAIL ;

NURSE PRACTITIONER SUZY (SUZANNE),
( Last Name Is Unknown )

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

__XXX__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Lee Johnson

    B. List all aliases: 

    C. Prisoner identification number: R - 10382

    D. Place of present confinement: Pinckneyville Correctional Center

    E. Address: P.O. Box 999 ; Pinckneyville, IL. 62274

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: WINNEBAGO COUNTY JAIL

        Title: JAIL FACILITY

        Place of Employment: Winnebago County Jail 420 West State Street, Rockford, IL. 61101

    B. Defendant: NURSE PRACTIONER SUZY ( SUZANNE )   Last Name Unknown

        Title: Practioner At The Jail Medical Department.

        Place of Employment: Winnebago County Jail 420 West State St; Rockford, IL. 61101

    C. Defendant: N/A at this time

        Title: N/A

        Place of Employment: N/A

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: __N/A__

    B.    Approximate date of filing lawsuit: __N/A__

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

    D.    List all defendants: __N/A__

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A__

    F.    Name of judge to whom case was assigned: __N/A__

    G.    Basic claim made: __N/A__

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

    I.    Approximate date of disposition: __N/A__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? [XX] Yes [ ] No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? [XX] Yes [ ] No

C. If you answer is YES,
1. What steps did you take? I got a grievance form from the C/O and wrote the grievance and then turn it back in by another C/O. In the grievance, I complained about my hand being broke and need of medical attention.
2. What was the result? I was taken to the outside Hospital but it was too over two weeks too late for the Hospital/Doctor to really do anything.

D. If your answer is NO, explain why not. N/A

E. If there is no prisoner grievance procedure in the Institution, did you complain to prison authorities? [ ] Yes N/A [ ] No

F. If your answer is YES,
1. What steps did you take? N/A
2. What was the result? N/A

G. If your answer is NO, explain why not. N/A

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not. They never sent my grievance back, their response was taking me to the hospital after I filed the grievance.

- 4 -

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. Lee Johnson, at all times stated, is the Plaintiff to this action.

2. At all times relevant to this Claim, Plaintiff was a Pretrial Detainee during the occurrence of this action.

3. That Suzy ( or Suzan ), a Nurse Practitioner at the Winnebago County Jail; is at all times relevant to this action, a Defendant.

4. That the Winnebago County Jail, at all times relevant to this Claim, is a Defendant which will be referred to as " The Jail."

5. That on or around June 9, 2010, Plaintiff was housed on Pod 3-E of " The Jail ".

6. That on or around June 9, 2010, while housed in Pod 3-E, the Plaintiff got into a physical fight with another incarcerated person known to him as Mack Jones.

7. That when " The Jail " Correctional Officers ( hereinafter referred to as C/O's ), that when they intervened, they used Mace/ Pepper spray (which is not the subject of this action ).

Revised 9/2007

8. That Plaintiff was taken to the Medical Department of " The Jail " for a Medical Examination which is the protocol of "The Jail."

9. That after rinsing the Mace/Pepper spray from his eyes and face ; Plaintiff complained to the female Sergeant who were escorting him to segregation, that something was wrong with his hand and the Sgt. responded that Plaintiff ,' concerns will be reported to the medical staff.

10. That Plaintiff was placed into the segregation unit of " The Jail " for the fighting infraction.

11. That less then an hour while in the segregation unit, a nurse by the first name of Jill came to Plaintiff cell and examined his hand.

12. That the injury discussed herein consisted of Plaintiff's " knuckle " on his right hand baove his Marriage Finger.

13. That examing the Plaintiff had for only a few minutes by Nurse Jill, she thereafter informed Plaintiff that she would contact an X-Ray technician immediately so that X-Rays could be taken because Plaintiff hand was " abnormal."

14. That about an hour after being examined by Nurse Jill, the Plaintiff was taken to the health Care Unit of the Jail for X-Rays.

15. That a Male Technician did an X-Ray on Plaintiff hand on or around June 9, 2010 and thereafter ; Plaintiff was escorted back to his cell in Segregation after being told by Nurse Jill that he would get the results within a few hours.

16. That Plaintiff was never informed of the X-Ray results.

17. That for several days thereafter, Plaintiff complained about the pain in his hand to every Jail Employee that visited the Segregation Unit and would listen included but not limited to ; Sergeants who make their rounds in the Seg Unit during the start of each shift and the Lieutenant's who often escorted other inmates to the Segregation Unit cells.

18. That after constant complaining ; Plaintiff filed a grievance and on or around June 22, 2010, a C/O appeared at Plaintiff Segregation Unit Cell and notified Plaintiff that his grievance had been reviewed by the Medical Staff and that because of Security Concerns the C/O couldn't tell Plaintiff what decision had been made.

19. That on June 24, 2010, Plaintiff was taken to Saint Anthony's Hospital, Rockford Illinois, by " The Jail " personnel.

20. That, at the Hospital Plaintiff was taken to the examination room of the Orthopedic Center where more X-Rays of Plaintiff hand was taken.

21. That the X-Rays revealed that Plaintiff had a broken Knuckle.

22. That the Male Doctor ( believed to be Dr. Swartz ), who examined Plaintiff, informed Plaintiff that his Finger and ligaments were broken and torn and, because of the late Medical attention of the injury ; it couldn't be repaired since the bone had begin to grow back together " irregularly."

23. That the Doctor at St. Anthony's Hospital, had a cast placed on Plaintiff in hope that the bone would rejoin back together correctly.

24. That the attempt of correcting the injury via cast was not successful because the Knuckle had began to heal.

25. That from the day of the initial incident, Plaintiff went fifteen days without the appropriate medical attention.

26. That Plaintiff Marriage Finger and Knuckle thereof on his right hand is permanently disfigured because of Defendants failure to provide the necessary Medical attention in a timely manner.

27. That the Plaintiff, a Pretrial Detainee, was denied his protections under the 5th and 14th Amendments where Defendants failed to provide the necessary Medical treatment.

28. That the Winnebago County Hail act " under Color or State Law " and " deliberate indifference " of Plaintiff serious Medical Need and is charged under such.

29. That Nurse Practitioner Suzy ( Suzanne ) act " under Color of State Law " and " deliberate indifference " of Plaintiff serious Medical need and is charged under such.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seek Seventy-five Thousand ( $75,000.00 ) from each of Defendant in Compensatory Damages.

Plaintiff seek One-Hundred Fifty Thousand Dollars ($150,000.00) from each Defendant for Punitive Damages.

Plaintiff seeks anyother relief that this Court determine to be just and fair.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 5th day of October, 20 11

_(Signature of plaintiff or plaintiffs)_

L e e      J o h n s o n
(Print name)

Lee Johnson #R10382
(I.D. Number)

Pinckneyville Correctional Center

P.O. Box 999

Pinckneyville , IL. 62274
(Address)

- 8 -                                    Revised 9/2007

STAMP / FILE & RETURN COPY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

LEE JOHNSON, )
    Plaintiff, )
-VS- ) Case # 11C50294
WINNEBAGO COUNTY JAIL and )
NURSE PRACTITIONER SUZY (or )
SUZANNE ), Defendants. )

## NOTICE OF FILING

To: United States District Court    To:
    Federal Building
    211 South Court St.
    Rockford, IL. 61102

PLEASE TAKE NOTICE that on this 5th day of October 20 11 I shall cause to have file with the above Representatives, the following underlined matter : 1983 Article 42 Lawsuit Complaint ; In Forma Pauperis Motion.

A COPY HAS BEEN SERVED ON OPPOSING COUNSEL / RESPONDENT.

So Stated : Lee Johnson
I.D.# R10382
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL. 62274

## CERTIFICATE OF SERVICE

I, Lee Johnson     I, the undersigned affiant, hereby states upon my oath that I have served the above Representative with the motion / petition shown above ; by placing the same in the U.S. Mail Box on this 5th day of October 20 11 ; Postage Prepaid.

So Stated : L. Jo

Subscribed and Sworn to before me this 16 day of September 20 11
Notary : Mary Dolce

OFFICIAL SEAL
MARY DOLCE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/20/12

page A

Lee Johnson #R10382
P.O. Box 999
Pinckneyville, Il. 62274

LEGAL

"LEGAL MAIL"

United States District Court
Northern District of Illinois
211 South Court St.
Rockford, Il. 61101



Johnson #R10382
[illegible]
[illegible]ville, Il. 62274

"LEGAL MAIL"

United States District Court
Northern District of Illinois
211 South Court St.
Rockford, Il. 61101

INMATE CORRESPONDENCE
IL DOC

$02.080
Mailed From 62274
US POSTAGE
10/06/2011