UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

LEE ANDREW JOHNSON

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

NURSE PRACTIONER SUZY

NURSE JILL

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**FILED**
DEC 09 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No: 11 C 50294
(To be supplied by the Clerk of this Court)

Assigned To : Judge Frederick Kapala

CHECK ONE ONLY:  **AMENDED COMPLAINT**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Lee Andrew Johnson

   B. List all aliases: None

   C. Prisoner identification number: R-10382

   D. Place of present confinement: Pinckneyville Corr. Ctr.

   E. Address: P.O. Box 999 ; Pinckneyville, IL. 62274

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Nurse Practitioner Suzy

   Title: Nurse Practitioner At Winnebago County Jail

   Place of Employment: Winnebago County Jail, 650 W. State Street, Rockford, IL. 61101

   B. Defendant: Nurse Jill

   Title: Nurse

   Place of Employment: Winnebago County Jail, 650 W. State St., Rockford, IL. 61101

   C. Defendant: N/A

   Title: N/A

   Place of Employment: N/A

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: ____N/A____
    ____N/A____

    B. Approximate date of filing lawsuit: ____N/A____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ____
    ____N/A____

    D. List all defendants: ____N/A____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ____N/A____

    F. Name of judge to whom case was assigned: ____
    ____N/A____

    G. Basic claim made: ____N/A____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ____N/A____

    I. Approximate date of disposition: ____N/A____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. At all times relevant to this action, Plaintiff was housed at the Winnebago County Jail, Rockford, Il ( hereinafter referred to as The Jail ).

2. That at all times relevant, Plaintiff was a pre-trial detainee at The Jail.

3. That at all times relevant to this action, Defendant Nurse Jill and Practitioner Suzy were both employed at The Jail.

4. That on around June 9th, 2010, Plaintiff was involved in an altercation with an individual name Mack Jones in cell block 3-E at The Jail.

5. That after the altercation, Plaintiff was taken to the Jail Medical Dept. to be examined because Pepper-Spray had been used to help stop the altercation, which is not the subject of this Action.

6. After the examination, Plaintiff was housed in the Segregation Unit Cell and within minutes he complained to the Sgt. ( who escorted him to the Seg Unit ), that " something was wrong with his hand." The Sgt responded by informing Plaintiff that

Continue > > >

Cont.
Nurse Jill would be summoned.

7. That in short minutes, Defendant Jill appeared at the Plaintiff Seg Unit cell and examined Plaintiff hand. During this examination, Defendant Jill made an observation, because of the swelling and disfigurement of Plaintiff hand, that an X-Ray needed to be done immediately.
8. That about an hour after Defendant Jill observed Plaintiff hand ; the Plaintiff was escorted to the Jail Medical Dept. where an outside X-Ray Technician was called in to review the completed X-Ray chart.
9. After examining the X-Ray, the Technician informed Defendant Jill, in Plaintiff presence, the the results would be available in a couple of hours and that he would notify her of them.
10. That Plaintiff was then escorted back to his Seg cell after being told by Defendant Jill that she will contact Plaintiff of the X-Ray results.
11. On the night of June 9, 2010, when an unidentified Nurse came to Plaintiff cell to deliver his routine scheduled medication ; Plaintiff inquired about the results of his X-Rays and complained about the pain he was undergoing.
12. The unidentified Nurse told Plaintiff that she wasn't aware of any X-Rays and that it would be wise for him to speak with Nurse Jill since se was more familiar with the situation.
13. On or around June 10, 2010, the day after the incident, Plaintiff asked an unidentified Nurse, who was passing out the morning Medication ; about his X-Rays at which time she stated that she would pass on the inquiry.
14. That Plaintiff filed a grievance between the 15th and 17th of June, 2010, complaining about the pain he was enduring and the lack of proper medical attention.
15. That for 2 weeks after the initial incident, Plaintiff kept inquiring to security staff ( C/O's ) and Medical staff about his hand, to no avail.

16. That between the 15th and 18th of June, 2010, Plaintiff spoke to Defedant Jill and inquired about why she didn't keep her word about notifying him about the X-Rays and why he hasn't been given the necessary medication to combat the pain.
17. Defendant Jill told Plaintiff that her and Defendant Suzy was not his personal Physicians ; that Tylenol's was the only thing they would give him ; and that him complaing about the X-Rays would only make it more difficult for them to do anything.
18. Defendant Jill told Plaintiff that he would have to discuss the X-Rays with Defendant Suzy and for him not to send her ( Jill ) anymore kites else she would have Plaintiff kept in the Segregation Unit for harassing her.
19. That on or around June 24th or 25th, an unidentified C/O appeared at Plaintiff cell in the segregation Unit. At said time, the C/O informed Plaintiff that his Grievance had been reviewed by the Medical Staff and that it would be addressed but for Security Reasons he could not tell Plaintiff when or how it would be addressed.
20. That on or around June 24 or 25th, 2010, Plaintiff was finally provided Medicial attention by being taken to an outside Health Provider at St. Anthony's Orthopedic Center.
21. Plaintiff was examined by a Dr. Swrtz, who took X-Rays and thereafter advised Plaintiff that the bone of his right hand ( Marriage Finger ) had been broken . Dr. Swartz further told Plaintiff that because of the length of time in treating the injury, the bone had begin to grow back irregular.
22. Over two weeks after the incident, a cast was placed on Plantiff hand by Dr. Swartz staff.
23. Plaintiff was seen by Defendant Suzy, and complained about the long delay of Medical attention and pain medication. Defendant Suzy responded that it was their Institution Policy that when Nurses reviewed a Medical request form reflecting a serious matter, she would be told about it.

24. Defendant Suzy informed Plaintiff that she reviewed all of the Plaintiff's kites ( Medical request slips ) sent to the Medical Dept. and that she herself had an incident as well as a cast on and that she knows from experience that Plaintiff injury wasn't life threatening nor demanded immediate attention as Plaintiff contended in his request and grievance.
25. Nearly a month later, after the initial visit to Dr. Swartz Office, Plaintiff had another visit at which time the cast was removed. The Plaintiff hand was visibly disfigured then and now; that Plaintiff has lost use of his hand in any usual manner ; the knuckle is pushed back and his hand permanently disfigured.
26. That Plaintiff contends that both Defendant Suzy and Defendant Jill actions and lack of must be reviewed under both the Objective and Subjective Components as set forth under the 8th and 14th Amendments of the U.S. Const.
27. That Defendant Jill and Suzy are both charged with subjecting Plaintiff to Cruel and Unusual Punishment by either delaying or ignoring Plaintiff necessary treatment.
28. That Defendant Jill and Suzy are both charged with being deliberately indifferent to Plaintiff Medical needs by failing to provide the necessary pain medication and medical attention as required by their Job, duty's and obligations under the Color of State and Federal Law.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks in Compensatory Damages the amount of Two-Hundred and Fifty Thousands Dollars from both Defendant Suzy and Defendant Jill..
Plaintiff seeks Punative Damages in the amount of Three-Hundred and Fifty Thousand Dollars from each Defendant.
And any other relief this Court deem just and appropriate.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _1st_ day of _Dec_, 20_11_

_____
(Signature of plaintiff or plaintiffs)

Lee Andrew Johnson
(Print name)

R-10382
(I.D. Number)
P.O. Box 999

Pinckneyville Corr. Ctr.

Pinckneyville, IL. 62274
(Address)

Revised 9/2007

IN THE
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

LEE ANDREW JOHNSON, )
Plaintiff/Petitioner )
)
Vs )
) No. 11 C 50294
NURSE PRACTITIONER SUZY, )
NURSE JILL )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: Nurse Practitioner Suzy
Winnebago County Jail
650 W. State St.
Rockford, IL. 61101

TO: Nurse Jill
Winnebago County Jail
650 W. State St.
Rockford Il. 61101

To: Clerk of the Federal Court Building ; 211 S. Court St.
Rockford, IL. 61101

PLEASE TAKE NOTICE that on __December 1 ST__, 20_11_, I placed the attached or enclosed documents ; Amended Complaint, served from at __Pinckneyville__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

DATED: 12/1/11

/s/ _____
Name: Lee Andrew Johnson
IDOC#: R-10382
Address: P.O. Box 999
Pinckneyville, IL. 62274

Subscribed and sworn to before me this __1__ day of __Dec__, 20_11_.

_Donna S. Heideman_
Notary Public

OFFICIAL SEAL
DONNA S HEIDEMANN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/19/13

Lee Johnson #R10382
P.O. Box 999
Pinckneyville, Il. 62274

Office of the Clerk of the U.S. District Court
United States Court House
c/o Judge Frederick Kapala
211 S. Court Street
Rockford, Il. 61101

"Legal Mail"