# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 11 C 50294

Lee Andrew Johnson,
      Plaintiff,
v.
Jill Rusk, LPN,
      Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jill Rusk, incorrectly sued as "Nurse Jill"

| | |
|---|---|
| NAME (Type or print) <br> Joseph J. Lombardo | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Joseph J. Lombardo | |
| FIRM <br> Mulherin, Rehfeldt & Varchetto, P.C. | |
| STREET ADDRESS <br> 211 South Wheaton Avenue, Suite 200 | |
| CITY/STATE/ZIP <br> Wheaton, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6306466 | TELEPHONE NUMBER <br> 630/384-3171 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |