# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| LEE ANDREW JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 11 C 50294 |
| ) | |
| NURSE PRACTITIONER SUZY ) | Judge Frederick J. Kapala |
| And NURSE JILL ) | Magistrate Judge P. Michael Mahoney |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

I, Joseph J. Lombardo, an attorney, do hereby certify that on March 5, 2012, I electronically filed **DEFENDANT, JILL RUSK, incorrectly sued as "Nurse Jill", Additional Appearance** with the Clerk of the United States District court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following participant:

Mr. Lee Andrew Johnson
Inmate No.: R10382
Pickneyville Correctional Center
P.O. Box 999
Pickneyville, IL 62274

                                              s/Joseph J. Lombardo
                                              Attorneys for Defendant
                                              IL Bar No. 6306466
                                              Mulherin, Rehfeldt & Varchetto, P.C.
                                              211 S. Wheaton Ave., Suite 200
                                              Wheaton, IL 60187
                                              Telephone: (630) 653-9300
                                              Fax: (630) 653-9316
                                              E-mail: jlombardo@mrvlaw.com

## CERTIFICATE OF SERVICE

    I, Joseph J. Lombardo, an attorney, do hereby certify that on March 5, 2012, I electronically filed Defendant's Additional Appearance with the Clerk of the United States District Court, Northern District of Illinois, Western Division, using the CM/EFC system, which will send notification of such filings to the following participant:

Mr. Lee Andrew Johnson
Inmate No.: R10382
Pickneyville Correctional Center
P.O. Box 999
Pickneyville, IL 62274

                                                  s/Joseph J. Lombardo
                                                  Attorneys for Defendant
                                                  IL Bar No. 6306466
                                                  Mulherin, Rehfeldt & Varchetto, P.C.
                                                  211 S. Wheaton Ave., Suite 200
                                                  Wheaton, IL 60187
                                                  Telephone: (630) 653-9300
                                                  Fax: (630) 653-9316
                                                  E-mail: jlombardo@mrvlaw.com