# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 11 C 50294 | **DATE** | 3/6/2012 |
| **CASE TITLE** | JOHNSON vs. WINNEBAGO | | |

**DOCKET ENTRY TEXT:**

Video status hearing/settlement conference held.  Plaintiff appears by phone.  The Clerk's Office is directed to issue an alias summons as to Nurse Practioner Suzy.  The US Marshal's Office is directed to personally serve the defendant.  If the defendant is no longer employed by Winnebago County, they are required to provide the US Marshal's Service with the last known address of the defendant.  Video status hearing set for April 19, 2012 at 10:30 am.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|