# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Lee Andrew Johnson

Alias
**SUMMONS IN A CIVIL CASE**

v.

Nurse Practioner Suzy and Nurse Jill

CASE NUMBER: 11 c 50294

ASSIGNED JUDGE: Kapala

DESIGNATED MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

Nurse Practioner Suzy

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lee Andrew Johnson
R-10382
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: 3-6-12

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 3-14-12 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BRUCE R. SCHNOOR | DEPUTY U.S. MARSHAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: No such person employed at WCJ during June 2010. No known address.

☐ Other (specify): _____

**FILED**

MAR 1 4 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-14-12
            Date

Signature of Server

211 S. Court St, Rockford, IL. 61101
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.