## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of	Case Number: 11 C 50294,

Lee Andrew Johnson,
      Plaintiff,
v.
Winnebago County Jail, et. al.,
      Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lee Andrew Johnson

| | |
|---|---|
| NAME (Type or print) <br> Vincenzo Field | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Vincenzo Field | |
| FIRM <br> LOEVY & LOEVY | |
| STREET ADDRESS <br> 312 North May Street, Suite 100 | |
| CITY/STATE/ZIP <br> Chicago, Illinois, 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6305911 | TELEPHONE NUMBER <br> 312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |